IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| BRITANY MARKS, | : | |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 18-00039-JB-B |
| WAL-MART STORES, INC., | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (doc. 18) made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that the claims of Plaintiff, Britany Marks, be DISMISSED without prejudice for failure to prosecute and obey the Court's orders.

**DONE** this the 27th day of November, 2018.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE