# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRITANY MARKS,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION NO. 18-00039-JB-B |
| **WAL-MART STORES, INC.,** | : |
| **Defendant.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's action is **DISMISSED** without prejudice for failure to prosecute this action and to comply with the Court's Orders.

**DONE** this 27th day of November, 2018.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE